AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

ALDRIC HARRIS
18 Lee Road 945
Auburn, Alabama

**WARRANT FOR ARREST**

Case Number: 3:05cr223-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Aldric Harris__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)
Gun controlled act

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

__DEBRA P. HACKETT__
Name of Issuing Officer

Signature of Issuing Officer

__CLERK, U. S. DISTRICT COURT__
Title of Issuing Officer

September 14, 2005 - Montgomery, Alabama
Date and Location

---

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |