IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN - SOUTHERN - EASTERN DIVISION

UNITED STATES OF AMERICA                )
                                         )
        v                                )
                                         )    CR. NO.   3:05 cr 223-F
   Aldric Harris                         )
                                         )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _Aldric Harris_, defendant in the above styled case, do

hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq.  I

certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently

after receiving a full and complete explanation of my rights given to me by my attorney

and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY
WAIVE MY RIGHTS TO A SPEEDY TRIAL.**


10/19/2005                              _Aldric L. Harris_
**DATE**                                **DEFENDANT**


                                        _Jennifer A. Hart_
                                        **ATTORNEY FOR DEFENDANT**