# COURTROOM DEPUTY MINUTES
# MIDDLE DISTRICT OF ALABAMA

DATE: 10/19/2005

DIGITAL RECORDING: 11:08 – 11:12 am

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd
DEPUTY CLERK: S. Q. Long, Jr.

CASE NO.: 3:05cr223-F
DEFT. NAME: Aldric HARRIS

USA: Speirs
ATTY: Hart

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: _____

Defendant ___ does ___✓___ does NOT need an interpreter

Interpreter present ___✓___ NO ___ YES NAME: _____

*Handwritten notes: "No Appt" / "Oral Order"*

- [✓] **kars** — Date of Arrest _____ or ☐ karsr40
- [✓] **kia.** — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- [ ] **kcnsl.** — Deft. First Appearance with Counsel
- [ ] Deft. First Appearance without Counsel
- [✓] Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
- [✓] **kfinaff.** — Financial Affidavit executed ☐ to be obtained by PTSO
- [ ] **koappted** — ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- [ ] **k20appt.** — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- [ ] Deft. Advises he will retain counsel. Has retained _____
- [ ] Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- [ ] Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] **kdmhrg.** — Detention Hearing ☐ held; ☐ set for _____
- [ ] **kotempdtn.** — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] **kodtn.** — ORDER OF DETENTION PENDING TRIAL entered
- [ ] **kocondrls.** — Release order entered. Deft. advised of conditions of release
- [ ] **kbnd.** — ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
  ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] **kloc.(LC)** — Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] Preliminary Hearing ☐ Set for _____
- [ ] **ko.** — Deft. **ORDERED REMOVED** to originating district
- [ ] **kwvprl.** — Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ] Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [✓] **karr.** — ARRAIGNMENT SET FOR: _____ [✓] HELD. Plea of **NOT GUILTY** entered.
  [✓] Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
  DISCOVERY DISCLOSURES DATE: 10-19-05
- [ ] **krmknn.** — NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] **krmvhrg.** — Identity/Removal Hearing set for _____
- [ ] **kwvspt** — Waiver of Speedy Trial Act Rights Executed