| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** November 14, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:34 - 3:47 |

<b><u>PRETRIAL CONFERENCE</u></b>

**PRESIDING MAG. JUDGE.** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 3:05cr223-F     **DEFENDANT(S)** Aldric Harris

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Terry Moorer standing in for Verne Speirs | * * * * * | Donnie Bethel |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   None

☐ **PLEA STATUS:**
   Plea
   Last plea date 2/6/06

☐ **TRIAL STATUS**
   Trial time 1-2 days

☐ **REMARKS:**