IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05cr223-F |
| | ) | |
| ALDRIC HARRIS | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on November 14, 2005 before the undersigned Magistrate Judge. Present at this conference were Donnie Bethel, counsel for the defendant, and Assistant United States Attorney Terry Moorer standing in for Verne Speirs, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for February 13, 2006. The trial of this case is set during the trial term commencing on February 13, 2006 before Chief United States District Judge Mark E. Fuller and is expected to last 1 - 2 days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before February 6, 2006. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before February 6, 2006.

> Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before February 6, 2006.

6. The last day on which the court will entertain a plea pursuant to Rule 11(c)(1)(A) or (C) plea is February 6, 2006. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, does not go through, the defendant and the government will be expected to be prepared to go to trial on February 13, 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on February 13, 2006, as to all defendants, even though a particular guilty plea was not accepted.

7. This case is set for a second pretrial conference on January 20, 2006 at 3:00 p.m. in Courtroom 5B.

DONE, this 28th day of November, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE