IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-223-F |
| | ) | |
| ALDRIC HARRIS | ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Aldric Harris, into the custody of Theron Jackson, ATF, and/or Jennifer Rudden, ATF, and/or Keith Jordan, Lee County Sheriff's Office, and/or Tim Fitzpatrick, ATF, and/or Cedric Anderson, Auburn Police Department, and/or Randy Armstrong, Auburn Police Department, from December 7, 2005, through March 7, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Theron Jackson, ATF, and/or Jennifer Rudden, ATF, and/or Keith Jordan, Lee County Sheriff's Office, and/or Tim Fitzpatrick, ATF, and/or Cedric Anderson, Auburn Police Department, and/or Randy Armstrong, Auburn Police Department, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 6th day of December, 2005.

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Verne H. Speirs
    VERNE H. SPEIRS
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-223-F |
| | ) | |
| ALDRIC HARRIS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Don Bethel.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
verne.speirs@usdoj.gov