IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-223-F |
| | ) | |
| ALDRIC HARRIS | ) | |

### ORDER

Upon consideration of the government's motion for release of prisoner(Doc. # 16), filed on December 6, 2005, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Aldric Harris, to Theron Jackson, ATF, and/or Jennifer Rudden, ATF, and/or Keith Jordan, Lee County Sheriff's Office, and/or Tim Fitzpatrick, ATF, and/or Cedric Anderson, Auburn Police Department, and/or Randy Armstrong, Auburn Police Department, on December 7, 2005, through March 7, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Theron Jackson, ATF, and/or Jennifer Rudden, ATF, and/or Keith Jordan, Lee County Sheriff's Office, and/or Tim Fitzpatrick, ATF, and/or Cedric Anderson, Auburn Police Department, and/or Randy Armstrong, Auburn Police Department, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the 6th day of December, 2005.

/s/ Susan Russ Walker

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE