| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 20, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:19 - 3:20 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 3:05cr223-LSC | **DEFENDANT(S)** Aldric Harris |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Verne Speirs | * | Donnie Bethel |
| | * | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
    Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Will Plea
    Last plea date 2/6/06

☐ **TRIAL STATUS**
    Trial time - 1 day

☐ **REMARKS:**