IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA      )
                              )
v.                            )          3:05cr223-LSC
                              )
ALDRIC HARRIS                 )

## CONSENT

I hereby declare my intention to enter a plea of guilty in the above case, and

after conferring with my lawyer, I hereby consent to have a United States Magistrate

Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal

Procedure incident to the making of such a plea and to adjudicate me guilty based on

my plea of guilty.  I understand that the District Judge to whom this case is assigned

will decide later whether to accept or reject any plea agreement I may have with the

United States and will impose sentence.

DATED this _____31 st_____ of January, 2006.


_____
DEFENDANT

_____
COUNSEL