| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: January 31, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 9:30 - 9:45** |
| | **COURT REPORTER: Anita Griffith - (Boggs)** |

☐ **ARRAIGNMENT**    √ **CHANGE OF PLEA**    ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**    ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:05cr223-LSC    **DEFENDANT NAME:** Aldric Harris
**AUSA:** Todd Brown standing in for Verne Speirs    **DEFENDANT ATTORNEY:** Donnie Bethel

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Doug Mathis
**Interpreter present?** (√)NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    ☐ Not Guilty
√ Guilty as to:
√ Count(s): 1 of the Indictment
☐ Count(s):    ☐ dismissed on oral motion of USA
☐ to be dismissed at sentencing

√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment

☐ **CRIMINAL TERM:**    ☐ **WAIVER OF SPEEDY TRIAL** filed.
**DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
☐ Trial on _____; ☐ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal
☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
☐ Defendant requests time to secure new counsel