**NONJURY TRIAL SHEET**

UNITED STATES OF AMERICA

vs.

ALDRIC HARRIS

**Case Number:** 3:05-cr-223-LSC

**COURTROOM NOTES:** SENTENCING HEARING held before the Honorable L. Scott Coogler, USDJ - Government's testimony - Government rest - No defendant testimony - Dft's exhibits offered - Oral arguments - Court's (oral) order OVERRULING dft's objections to PSI report - Dft's (oral) motion for PO recommendations - DENIED; Motion #28 for acceptance of responsibility - (orally) GRANTED - Motion #29 for downward departure 5K1.1 - (orally) GRANTED; Sentence imposed; Adjourned

| GOVERNMENTS WITNESSES | DEFENDANT'S WITNESSES |
|---|---|
| Josuha Rudd | |
| | |
| AUSA Verne Speirs | Dft's Attorney Donnie Bethel |

TRIAL DATES: 4/26/2006:   10:30 - 11:00

COURTROOM DEPUTY:    Ann Fox        COURT REPORTER :   Lindy Fuller