STYLE: USA v. Aldric Harris    CASE NUMBER: 2:05-CR-223-LSC

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | PLAINTIFF / GOVERNMENT / **DEFENDANT** (circled) / COURT / JOINT — Sentencing Hrg. 4-26-06 |
| | 1 | ✓ | | | | | | | ✓ | Witness Statement Joy Giambrone |
| | 2 | ✓ | | | | | | | ✓ | Rudd Statement |
| | 3 | ✓ | | | | | | | ✓ | Witness Statement Christopher L. Bennett |
| | 4 | ✓ | | | | | | | ✓ | " Naomi Stewart |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 0 | | | | | | | | | |