In The United States District Court
Middle District of Alabama
Eastern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| vs. | ] | 2:05-cr-223-LSC |
| | ] | |
| ALDRIC HARRIS, | ] | |

### Order

This matter is before the Court on Defendant's Pro Se Motion to Review Sentence filed on August 3, 2006. (Doc. 32.)

18 U.S.C. § 924(a)(2) states in part, "Whoever knowingly violates subsection (a)(6), (d), (g), (h), (i), (j), or (o) of section 922 shall be fined as provided in this title, imprisoned not more than 10 years, or both." The defendant pled guilty to violating 18 U.S.C. § 922(g)(1).

The Defendant's Motion to Review Sentence is Denied.

Done this 7th day of August 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE