IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05cr223-LSC |
| | ) | |
| ALDRICK HARRIS | ) | |

**ORDER**

It is ORDERED that the motion to substitute counsel (Doc. # 37), filed March 25, 2008, be and hereby is GRANTED.

DONE, this 3rd day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE