AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 6

Defendant: ALDRIC HARRIS
Case Number: 3:05-CR-223-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ONE HUNDRED TWENTY (120) months as to Count 1.

The Court recommends to the Bureau of Prisons that the defendant be evaluated and allowed to participate in the Intensive Residential Substance Abuse Treatment Program (500 hour program) and that the defendant be housed as close as possible to his family in Opelika, AL. The drug treatment recommendation should take first priority.

The defendant is remanded to the custody of the United States Marshal.

RETURNED AND FILED

JUN 16 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**RETURN**

I have executed this Judgment as follows:

Defendant delivered on _6-3-08_ to _USP McR_ at _Pine Knot, KY_, with a certified copy of this Judgment.

_D.L. Stine_, Warden
United States Marshal

By _R. Williams_ L/E
Deputy Marshal