8-22-08

RECEIVED
2008 AUG 27 A 10: 49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

To the Honorable Judge L. Scott Coogler, and my name is Aldric Lejuan Harris am writting you this letter to inform you about my jail credit while incarcerated in the Montgomery City Jail, in which I arrived in the month of September 2005 up until (MAY) (2006), which adds up to about 8 mths., so I'm asking you to see if you can (Non Pro Tunc) my state time with my Federal Time to give me all my jail credit while in Federal custody at the Montgomery City Jail, I would highly appreciate if you would take this matter inconsideration.

Respectfully Submitted
Mr. Aldric L. Harris
(Case # 3:05 Cr. 223 L.S.C.)