IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cr-223-MEF |
| | ) | |
| ALDRIC L. HARRIS | ) | |

# **O R D E R**

Upon consideration of the defendant's motion for a reduction of federal sentence (Doc. #41) filed on September 3, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 5th day of September, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE